STATE OF NORTH CAROLINA v. MARK BRADLEY CARVER

No. 301A12

(Filed 25 January 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 725 S.E.2d 902 (2012), finding no error in defendant's trial resulting in a judgment imposing a sentence of life imprisonment without parole entered on 18 March 2011 by Judge Timothy S. Kincaid in Superior Court, Gaston County, upon a jury verdict finding defendant guilty of first-degree murder. Heard in the Supreme Court on 8 January 2013.

*Roy Cooper, Attorney General, by Danielle Marquis Elder, Special Deputy Attorney General, for the State.*

*M. Gordon Widenhouse, Jr. for defendant-appellant.*

PER CURIAM.

AFFIRMED.